# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | PETER DAVID HUPPER |
| Case Number: | 2:13-bk-00625-EPB   Chapter: 7 |
| Date / Time / Room: | WEDNESDAY, MAY 15, 2013 01:30 PM   7TH FLOOR #703 |
| Bankruptcy Judge: | EDDWARD P. BALLINGER JR. |
| Courtroom Clerk: | LORRAINE DAVIS |
| Reporter / ECR: | ANNETTE AGUILAR |

## Matter:

1) ADV: 2-13-00217

   REVA'S FLOOR DECOR, INC. vs JOANNE MARIE MELUSKI & PETER DAVID HUPPER & JPMORGAN CHASE BANK, NATIONAL ASSOCIATIO & ANNE MORRISON TALLY REVOCABLE TRUST DATE & DOES 1 THROUGH 100
   STATUS HEARING ON REMOVAL

   R / M #:   2 / 0

   VACATED:   PER ORDER OF REMAND - DKT #17

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY REVA'S FLOOR DECOR, INC.

   R / M #:   18 / 0

3) ADV: 2-13-00217

   REVA'S FLOOR DECOR, INC. vs JOANNE MARIE MELUSKI & PETER DAVID HUPPER & JPMORGAN CHASE BANK, NATIONAL ASSOCIATIO & ANNE MORRISON TALLY REVOCABLE TRUST DATE & DOES 1 THROUGH 100
   MOTION TO REMAND ADVERSARY CASE TO THE YAVAPAI COUNTY SUPERIOR COURT

   R / M #:   3 / 0

   VACATED:   PER ORDER OF REMAND - DKT #17

## Appearances:

DAN FURLONG, ATTY REVA'S FLOOR DECOR
THOMAS H. ALLEN, ATTORNEY FOR PETER DAVID HUPPER

## Proceedings:

ITEM # 1 VACATED: PER ORDER OF REMAND - DKT #17

ITEM # 2

Mr. Furlong reviews the history and urges the court to grant stay relief to move forward in State Court. He responds to the objection filed by the debtor.

Mr. Allen responds and expresses his concerns with the motion.

Mr. Furlong replies.

COURT:  IT IS ORDERED granting the motion. Counsel is directed to lodge an order.

ITEM # 3 VACATED: PER ORDER OF REMAND - DKT #17

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry