UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | Case Number: 2:13-bk00625-EPB |
| PETER DAVID HUPPER, | ) | |
| | ) | CLERK'S NOTICE: |
| | ) | COURT UNABLE TO ENTER |
| Debtor. | ) | DISCHARGE UNTIL NOTIFICATION |
| | ) | FILED BY DEBTOR'S COUNSEL |
| | ) | |

Debtor filed his chapter 7 petition on January 15, 2013. Pursuant to FRBP 4004, in a chapter 7 case, the court shall grant the discharge on the expiration of the time fixed for objecting to the discharge.

On April 1, 2013 the court entered an order extending the time period for Reva's Floor Décor, Inc., and Reva McGillivrae to file a non-discharge complaint. The Order states: This open extension to file non-discharge complaints shall terminate twenty one days after the Debtor's counsel provides written notice of intent to terminate by U.S. Mail and email to counsel for RFD and McGillivrae.

From a review of the docket, the court is unable to determine if this condition has or has not occurred. Therefore, the discharge will not be entered until Debtor's counsel files a status report with the court indicating that the above condition has been satisfied.

                                                            For the Court:

                                                            George Prentice
                                                           Clerk of Court

Dated: July 10, 2013                       By :   /s/  Nancy B. Dickerson
                                                          Chief Deputy Clerk

To be noticed by the BNC to the Master Mailing List